THE STATE v. ROBINSON, *Appellant.*

Division Two, November 9, 1897.

Appeals: CRIMINAL LAW: RECORD: NO BILL OF EXCEPTIONS.  When no bill of exceptions is filed and no error appears in the record proper, the judgment will be affirmed on appeal.

*Appeal from St. Louis City Circuit Court.*—HON. WILLIAM ZACHRITZ, Judge.

AFFIRMED.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

BURGESS, J.—From a conviction of robbery in the first degree in the criminal court of the city of St. Louis, and the judgment of that court fixing her punishment at three years' imprisonment in the penitentiary, defendant appeals.

No bill of exceptions appears to have been filed by defendant, and as no error is apparent on the record proper, the judgment must be affirmed. It is so ordered.

GANTT, P. J., and SHERWOOD, J., concur.